UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
***ELECTRONICALLY FILED***

JAMES R. NEWTON

        Plaintiff,                             CIVIL ACTION NO. 3: 18-cv-00497-RGJ

   v.

AIR SYSTEMS, INC.

        Defendant.

| | |
|---|---|
| GARRY R. ADAMS<br>A. PETE LAY<br>Adams Landenwich Walton, PLLC<br>517 W. Ormsby Avenue<br>Louisville, Kentucky 40203<br>(502) 561-0085<br>garry@justiceky.com<br>pete@justiceky.com<br>*ATTORNEYS FOR PLAINTIFF* | DINSMORE & SHOHL, LLP<br>By:  Andrey Tomkiw<br>Pro Hac Vice Admission<br>900 Wilshire Drive, Suite 300<br>Troy, Michigan 48084<br>(248) 647-6000<br>Andrey.tomkiw@dinsmore.com<br>*ATTORNEYS FOR DEFENDANT* |

## **DEFENDANT'S PROPOSED VOIR DIRE**

Defendant, Air Systems, Inc., by its attorneys, Dinsmore & Shohl LLP, hereby submits the following proposed *voir dire* questions:

### **GENERAL BACKGROUND**

1. Do you, or anyone you know, know any of the parties, witnesses, attorneys, or members of the court in this case?

2. Has anyone you know been employed by, or worked with, any of the parties or Air Systems, Inc.?

3. Does anyone have any experience in the practice of law? Do you have any family members with experience in the practice of law?

4. Do you have any bias or prejudice that might prevent or hinder you from accepting the instructions of the law that will be provided to you in this case?

5. Do you have any preconceived notions about this case that would prevent you from being fair to all parties in this case?

6. Do you believe that lawsuits are a problem in our society?

7. Do you believe that simply because an individual files a lawsuit, that person has a valid claim?

8. Do you believe that simply because an individual's case actually goes to trial, that individual must have a valid claim?

9. Do you believe that simply because a Kentucky citizen filed a claim in a Kentucky court against a Michigan corporation, that individual must have a valid claim?

10. Have you ever sat on a jury before? If so, was the action civil or criminal? Did you deliberate? Did you reach a verdict?

11. Have you ever been discharged from a jury? If so, please explain.

12. Do you understand that your verdict should be based on the application of the law to the facts on this case, and not based on any other reason, such as sympathy or bias?

**QUESTIONS RELATING TO JURORS' EMPLOYMENT EXPERIENCE**

13. Have you ever been involved in the hiring, promotion, demotion, discipline, or termination of employment of any employee? If so, describe.

14. If you are currently employed, where and with whom are you employed, and for how long have you been employed there? What are your job responsibilities? What are your feelings about your current supervisor?

15. Have you ever owned your own business? If so, describe.

16. Have you or your family ever been a commission-based employee? Do you know anyone who has been a commission-based employee?

17. Have you ever been a sales employee? Do you know anyone who has been a sales employee?

18. When considering the times in which we live, in addition to your own personal experiences, is there anything that you can identify that would cause you to start off on the side of the employee in an employment dispute, even just a little bit, before hearing any evidence in this case whatsoever? If yes, please explain.

19. Under our system of law, a corporation, whether large or small, is entitled to the same fair and impartial trial as any individual or any other party to a lawsuit. Are you aware of any reason why you would not accept this principle in rendering a verdict?

20. Do you have any preconceived notions for or against corporations?

21. If you were laid off and had to find a job, what would you do to try to look for one? Do you think you could easily find other work?

## **INVOLVEMENT IN LAWSUITS**

22. Have you or a member of your family been a party to a lawsuit? If so, describe.

   a. Were you or your family member suing or being sued?

   b. Who was the other party?

   c. What made you or your family member decide to sue?

   d. Is the matter resolved yet?

   e. How long ago did this happen?

    f. What was the outcome?

    g. How do you feel about the outcome?

    h. How has it affected you?

23. Have you ever thought about filing a complaint or lawsuit against an employer?

24. Was there anything about your experience that left you with any particular feeling about the legal profession or the court system? If so, describe.

25. Have you ever testified in a legal proceeding? If yes, what were the circumstances? How did you feel about that experience?

                    Respectfully submitted,

                    **Dinsmore & Shohl LLP**

                    */s/ Andrey T. Tomkiw*
                    Andrey T. Tomkiw (P47341)
                    *Pro Hac Vice*
                    900 Wilshire Drive Suite 300
                    Troy, MI 48084
                    Andrey.tomkiw@dinsmore.com
                    248-647-6000
                    (248) 647-5210 (Fax)
                    *Counsel for Defendant Air Systems*

Dated: February 10, 2020


## CERTIFICATE OF SERVICE

  The undersigned certifies that on February 10, 2020, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send notice of electronic filing to all counsel of record.

                    */s/ Della A. Sugars*
                     Della A. Sugars