**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OFKENTUCKY**
**AT LOUISVILLE**

**AIR SYSTEMS, INC.**                                                           **PLAINTIFF**

vs.                                 **CIVIL ACTION NO. 3:19-CV-207-CRS**

**JAMES R. NEWTON**                                                 **DEFENDANT**

**ORDER**

A motion to consolidate cases (DN 22) and a notice of withdrawal of objection to the motion to consolidate (DN 24) have been filed herein.

This matter was transferred from the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1404(a). The action was filed in Michigan on November 2, 2018. It alleges that Air Systems, Inc.'s former employee, James R. Newton, engaged in unfair competition and tortiously interfered with Air Systems' business contracts, existing customers, and future contracts after his resignation from his position in June, 2018. Newton is also alleged to have converted Air Systems' confidential and proprietary information by refusing to return various documents when he left the company.

Air Systems has moved to consolidate Civ. Action No. 3:18CV-497-RGJ brought by Newton against Air Systems into this tort action. Newton's action alleges wage and hour violations. That action was filed in July of 2018 and is pending in this district before the Honorable Rebecca G. Jennings.

Despite Newton's acquiescence to the motion, the court will deny the request to consolidate for a number of reasons.

First, the request improperly seeks consolidation of the senior action (No. 3:18CV-497-RGJ) into the junior action (No. 3:19CV-207-CRS). Thus a request for consolidation should have been posed to Judge Jennings requesting that she take this junior case under the senior action number.

In any event, there does not appear to be any basis for consolidation of these actions as they do not, in this court's view, share a common nucleus of operative fact. The common thread between the two suits is Newton's employment by Air Systems as a regional manufacturer's representative, distributor, and system integrator, based in Louisville, Kentucky. However, the court does not appreciate any significant overlap in operative facts required to prove a statutory wage and hour claim and tort claims for business interference and conversion of proprietary information.

Therefore, motion having been made and for the reasons stated herein and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that the motion of the plaintiff, Air Systems, Inc., to consolidate (DN 22) is **DENIED**.

April 29, 2019

**IT IS SO ORDERED.**

Charles R. Simpson III, Senior Judge
United States District Court